IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYANT LAWRENCE RAY and
MARILYN RAY,

      Plaintiffs,

   v.                         Cause No. 1:19-cv-00705-KG-JFR

THE UNITED STATES OF AMERICA,

      Defendant.

## ENTRY OF APPEARANCE

Joseph M. Romero Law (Joseph M. Romero) hereby enters its appearance on behalf of the Plaintiffs in the above-entitled cause of action. Copies of all pleadings, Orders and any other documents filed or transmitted in this case should be served on counsel for Plaintiffs.

                        Electronically submitted,

                        JOSEPH M. ROMERO LAW

                        By: /s/ Joseph M. Romero
                        Joseph M. Romero
                        P.O. Box 27579
                        Albuquerque, NM 87125-7579
                        (505) 433-1642
                        joe@romerolawnm.com
                        *Attorney for Plaintiffs*

I HEREBY CERTIFY that on the 24th day of January, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Roberto D. Ortega, Esq. – roberto.ortega@usdoj.gov
Attorney for Defendant

Joe M. Romero, Jr., Esq. – joe@romeroandwinder.com
Attorney for Plaintiffis

/s/ Joseph M. Romero
Joseph M. Romero