# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BRYANT LAWRENCE RAY and
MARILYN RAY,

                                                                                                               No. CIV 19-705 KG/JFR

        Plaintiffs,

  v.

THE UNITED STATES OF AMERICA,

        Defendant.

## **CERTIFICATE OF SERVICE**

Defendant hereby certifies that on June 2, 2020, Defendant's Expert Witness Disclosure, along with a copy of this Certificate of Service, were served by first-class mail on the following counsel of record:

    Joseph M. Romero
    Joseph M. Romero Law
    P.O. Box 27579
    Albuquerque, NM    87125-7579

                                  Respectfully submitted,

                                  JOHN C. ANDERSON
                                  United States Attorney

                                  *Electronically filed June 2, 2020*
                                  ROBERTO D. ORTEGA
                                  Assistant United States Attorney
                                  P.O. Box 607
                                  Albuquerque, NM    87103
                                  (505) 224-1519; Fax: (505) 346-7205
                                  E-mail: roberto.ortega@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2020, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joe Romero: joe@romeroandwinder.com

*/s/ Roberto D. Ortega 6/2/20*
ROBERTO D. ORTEGA
Assistant United States Attorney