**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

BRYANT LAWRENCE RAY and
MARILYN RAY,

                                                                                                         No. CIV 19-705 KG/JFR

       Plaintiffs,

  v.

THE UNITED STATES OF AMERICA,

       Defendant.

**NOTICE OF EXTENSION OF REPLY DEADLINE**

Pursuant to D.N.M.LR-Civ 7.4(a), Plaintiffs hereby provide notice that the parties have agreed to an extension of time for Plaintiffs to file their Reply in Support of Plaintiff's Motion for Partial Summary Judgment (Doc. 35). Plaintiffs will file their reply brief no later than Friday, February 12, 2021.

                                                                           Respectfully submitted,

                                            by:    /s/ Joseph M. Romero
                                                         Joseph M. Romero, Esq.
                                                         Attorney at Law
                                                         P.O. Box 27579
                                                         Albuquerque, NM 87125
                                                         (505) 433-1642
                                                         joe@romerolawnm.com

I certify that a true copy of the foregoing pleading
was filed and served upon opposing counsel via
CM/ECF on the 5th day of February, 2021.

By:    /s/Joseph M. Romero
          Attorney for Plaintiffs