IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRYANT LAWRENCE RAY, *et al.,*

        Plaintiffs,

v.                                                                           No. CV 19-0705 KG/JFR

UNITED STATES OF AMERICA, *et al.*,

        Defendant.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, SEPTEMBER 30, 2021, AT 1:30 PM**.  Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE