## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Kenneth J. Gonzales

**CASE NO.:**   CV 19-705 KG/JFR    **DATE:**    9/30/2021

**Time in court:**    8 minutes

**TITLE:**   Ray, et al. v. United States of America

**COURTROOM CLERK:**   Chris Eubanks    **COURT REPORTER:**   Danna Schutte Everett

( ) Albuquerque   ( X) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered          **INTERPRETER:**   N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Joe M. Romero, Jr.                Roberto D. Ortega

**TYPE OF PROCEEDING:**   Telephonic Status Conference

**EVIDENTIARY:**   No

**PROCEEDINGS:**

1:35 p.m.   Court in Session

Court: Counsel for the defendant enters appearance.  Hearing set for 1:30 p.m., neither of Plaintiffs' attorneys have called in.  Questions Mr. Ortega as to his response.

Mr. Ortega:  Hoping to file response tomorrow.

Court:  Have until the 5th.  Was going to tell Mr. Romero.  Inquires who is on the line.

Mr. Romero:  Apologizes for being late.  Matter ran late and did not have this hearing on calendar.

Court:  Inquires if Mr. Romero is going to join.

Mr. Romero: No.

Court:  Response to motion for certification is due on October 5 but may file earlier.  As to filing a reply, will not entertain a reply.  Will review response and if a response is needed, will let counsel know.  Deadlines that have passed.  Ready to set case for trial.  Trial will be set on August 29, 2022.  Pretrial Conference on July 28, 2022 at 1:30 p.m.  Final pretrial order due on July 15, 2022.  An order will be entered with other deadlines as soon as possible.  If certification is granted and the Tenth Circuit sets case for appeal, will entertain motion to extend deadlines and change deadline for trial.

Mr. Romero:  Understands and no questions.

Mr. Ortega:  No questions.

Court:  Ruling on motion for certification will be done as soon as possible.

**1:43 p.m.  Court in Recess**