UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable John F. Robbenhaar**
United States Magistrate Judge

**Clerk's Minutes**

**CASE NAME:**  *Ray et al v. United States of America*

**CASE NUMBER:**  Civ. No. 19cv705 KG/JFR

A Rule 16 Settlement Conference was held on Wednesday, June 22, 2022, *via* ZOOM, before United States Magistrate Judge John F. Robbenhaar.

**Plaintiff's Attorney Present:**     Joseph M. Romero

**With Clients:**     Bryant Ray
Marilyn Ray
Jolene Ray

**Defendant's Attorney Present:**     Roberto Ortega

**With Clients:**     Jim Anagnos, U.S. Dept. HHS
Bill Fazio, Structured Settlement Broker

**RESULTS OF SETTLEMENT CONFERENCE:**

The case settled.  Material terms placed on the record.

Closing documents are due within thirty days.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

Six Hours and Thirty Minutes

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES:**

Forty-Six Minutes